

NUMBER 13-99-556-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE MATTER OF THE ESTATE
## OF CLYNE EDWARD MEINEN, DECEASED

---

### On appeal from County Court at Law No. 2
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza[1]
Memorandum Opinion Per Curiam**

Appellant, Lee Meinen, and appellee, Jean Corbin, the administrator/executrix of

the Estate of Clyne Edward Meinen, have filed a joint motion to dismiss this appeal. *See*

---

[1]This appeal was originally submitted to a panel consisting of Justice Federico G. Hinojosa, whose term of office expired on December 31, 2006, Justice Nelda V. Rodriguez, and Senior Justice John Hill, assigned to this Court by the Chief Justice of the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 74.003 (Vernon 2005). The matter is now being submitted to the current panel in accordance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 41.1(a),(c).

TEX. R. APP. P. 42.1(a).  According to the motion, the parties "have fully and finally compromised and settled" all matters in controversy between them.

This Court previously issued an opinion and judgment in this cause on March 1, 2001.  The appeal remained pending in this Court, however, based on motions for rehearing and a motion to stay all proceedings on appeal pending settlement.

The Court, having examined and fully considered the documents on file and the joint motion to dismiss, is of the opinion that the appeal should be dismissed.  Accordingly, we withdraw the opinion and judgment of March 1, 2001, and substitute this opinion and judgment in their place.  *See id.*  42.1(c).

The joint motion to dismiss is GRANTED and this appeal is DISMISSED.  *See id.* 42.1(a)(1), 43.2(e).  All other pending motions are DISMISSED AS MOOT.  Costs are assessed against appellant.  *Id.*  42.1(d).

PER CURIAM

Memorandum Opinion delivered and
filed this the 6th day of March, 2008.